Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Mississippi__
__Western__ Division

Jacory Orr  212419
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Wilkinson County Sheriff office
Sheriffs + Deputies  Court
Burl Cain   Others →

Case No. 5:25-cv-112-DCB-BWR
(to be filled in by the Clerk's Office)

Non-lawyers

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

Pro - Thesis Rudely In Righteousness they protect myself seeking special treatment when posed to

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

gotta make copies unknown to Cudy's have guilty nezher can spinal notice

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis. No fear in prevailing in response from higher courts in endangering myself and others through what to them through more harsh penalties at Corrections in

I have to be done only way to get my daughter and get back to unique way's.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Savory Carr / Savory Carr — Real Name now
All other names by which you have been known: Cory — 212419 MDOC Login / 257508 but id but
ID Number: 212419C — in Corrections to get Mail or not play Savory Caro Now
Current Institution: Walnut Grove Correctional Facility
Address: 1650 Hwy 492 Walnut Grove
Walnut Grove, MS 39189

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Captain Marilynn Lewis 55 / CMCF Facility in Rankin County / Walnut Grove Correctional Facility Warden Rodgon or scale / Superintendent Mike Dixon
Job or Title: Captin
Shield Number: unknown
Employer: Rankin County Correction / WGCF Walnut Grove Correctional Facility
Address: PO Box 88550, Pearl MS 39288 / 1650 Hwy 492 Walnut Grove MS 39189
[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Reginald Jackson
Job or Title: Sheriff
Shield Number: unknown - they don't to must have in sight or be.
Employer: Wilkinson County Sheriff Office Hwy 61
Address: PO Box for Mailing unknown, Woodville MS 39669
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: OJ Placknett
  Job or Title (if known): Sheriff AKA Deputy AKA Jailer AKA El Coroner
  Shield Number: unknown
  Employer: Wilkinson County Sheriff Office
  Address: Woodville, MS 39669
  City / State / Zip Code
  [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name: David Alexandria
  Job or Title (if known): Deputy
  Shield Number:
  Employer: Wilkinson County Sheriff Station
  Address: Woodville, MS 39669
  City / State / Zip Code
  [ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
  [✓] Federal officials (a *Bivens* claim)
  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

§ 1997j, Disclaimer respecting private litigation 42 USCA § 1997; & 42 USCA § 1981 Equal Rights under the Law. 42 USCA § 1981a Damages in cases of intentional discrimination in employment, § 1982 Property rights of citizen 42 USCA § 1982, 42 USCA § 1985 Conspiracy to interfere with civil rights 1997a, Institution of civil actions, 42 USCA 1997a, 42 USCA § 1997b, 42 USCA § 1997c Intervention in Actions § 1997e Suits by prisoner, 42 USCA § 1997e, § 42 USCA. § 1997f. et.et.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

All the above and extra I don't know these people credentials now the were using manipulative remedies with everyone

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.  *Attached*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Check May 10 news reports 2022 to 2025 conviction 10/26/25 Jefferson Parish June 2, Community of Woodville Centreville CMCF Pearl, MGCF Walnut Grove transferred to WCSO.*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*First Wilkinson County Jail or my sheriff office Jail behind Office so two address / then there P.O. Box up town Pearl CMCF, Walnut Grove Correctional Facilities.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

before and mostly Nov 6 incidents

till the day I got sentenced was a remedy conspired.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Charges Dropped notified ert what happened after so call claim of Jail hold up rumor, Jailor of Security Sims Mr. Sims at jail but he good they put him in middle just because he from woodville but he never turn his back when they call or give or he can't do till further notice, no bad energy from Mr. Sims but the drop charges on camera. Case's Caucasian guy's at jail and aggravated on escape attempt for example his officer but no evidence and convicted me of discrimination from equal rights of citizen to prisoner VI of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq);or

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Like in first suit finger, head, and gunshot wound bone skin contact and eye damages from Jail to corrections only got sprayed like in woodville Ms. to Walnut grove Money come out woodville pocket compact medical labor) Walnut Grove denied medical and psych medication, remedies of denial of my health

VI. Relief

pain, psych med, or better footing for my heel just Tylenol that's on the new for pail symptoms recently say on bottle Tylenol does something to your health, been in hardship since 2017 thought new environment better medical service till better grounding in my life.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 mill for Aggravated Assault or 500,000 to change it up Make legal argument in court with my court defendant and evidence to show why rights are being violated in hardship from place to place in corrections or facilities, if possible

never paid much but 1 mill in second this or extra charges at jail my conclusion of my ordeal. If anymore from OJ Pucknett to dismiss in remedies or letters come or no show trial to make common from cure conspirators, conspire to hide even Brook Judge the way she more of my ordeal or case

did under prejudice Deputy arguments of misconduct + misrepresentation

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Jefferson Parish Louisiana 2022 of 2 of June Wilkinson County Jail Gill CMCF to Walnut Grove Correctional Facility_   Conflicted 26/25

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☑ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_Never got the paper like some one tried to forge miss Benton name to make a check box paper with grievance on there day's after doing there Arp process thought to USCA 42 forum case. To manipulated courts to my claim upon the Council as a fool._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I just checked the box on Ms. Benton new 9/4/25 left copy's sitting around on table finally when I seen grievance process but first Mills Dixon stated Arp and I gave him my detention notice

2. What did you claim in your grievance?

I claimed the same relief of every violation in the suit. Hand paper using Arp No Grievance process even when checked box but never made it a object to response of or to Grievance Process.

3. What was the result, if any?

No Answer in Righteousness

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

There is No accurate Grievances process they take serious. Just Arp if one pop up now it's to manipulate like I haven't asked or made mention for this suit future reason from debris I've been through.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Paper and pen I improvised at Wilkinson County + have Arp process is like sup for Grievance but I tried when Grievance popped up.*

*7/28/25 I seen them in this time of or in between the finally*
*7/30/25 popped up in morning Mike Dixon and his ERT squad*
*left 6 cell #5 at the time on camera.*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Dence*

*relief of Dismissal of Cases Freedom when Due to it I'm ready in rightness. ness.*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  ~~AESO~~  Taccory Carr
   Defendant(s)  WCSO Jessie Stewart

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Woodville Wilkinson County Mississippi

3. Docket or index number
   06624-Kr-0019/1   13/5 now New of notrue Have airship /3/1
   Agg Assault on pol-off- weapon

4. Name of Judge assigned to your case
   Carmen Drake Brook

5. Approximate date of filing lawsuit
   put in Mail 9/11/25 so should've got Cvosuit 9/12/25

6. Is the case still pending?
   ☑ Yes   Hopefully full of faith
   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   No Judgement Made yet though Mail. Legal Mail.  none yet

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  Civil  42. USCA. & 28 USCA. 2254  Habeas corpus Form
   1983
   Form

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Jucory Carr Prisoner under Jucory 212419
   Defendant(s) WCSO Jessie Stewart Carmen Brooks Jeffery Harness WCCF

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Post to be at address USDC Clerk 501 E Court St, Suite 2.500

3. Docket or index number
   2024-kr-0019/1 1315 Was New 1311 Charge   Case file in Indigent public defender office in Jackson Ms. 00035

4. Name of Judge assigned to your case
   Carmen Brake Brook

5. Approximate date of filing lawsuit
   9/11/25 should've got 9/12/25 and recent paper Comb char
   I written to let know I serrous on 9/25/2025.

6. Is the case still pending?
   ☑ Yes +
   ☑ No

   If no, give the approximate date of disposition  9/11  9/12 + 9/25/25 and this
   (monday 9/29/25 on road)  on 9/27/25 at night but need box at prison

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I got case from Indigent Appeals Division, and wrote my letter to office of state public defender office on 8/1/25 so shoulder hit road 8/2/25 and got that recent error if time but like I say in this case Jeffery Harness had woodville circuit court, clerk + Judge Carmen try send Appeal to Jackson over my head I now argued.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/27/25

Signature of Plaintiff: *Jucory Cum*

Printed Name of Plaintiff: Jucory Curr

Prison Identification #: Jucory Curr in Computer 212419 but new one with ID not Jucory Curr 257508

Prison Address: Walnut Grove Correctional Facility 1650 Walnut Grove, MS 39189

### B. For Attorneys

Date of signing: 9/27/25

Signature of Attorney: Justin Cooks    George Holmes

Printed Name of Attorney:

Bar Number: Both Indigent Appeals or Public Defender Office

Name of Law Firm: on Nabe phunt Number 769 228 3058

Address: Jackson, MS 39201

Telephone Number: 769 228 3058 / 601-960-9581 / 601 948 948-2683

E-mail Address:

Please on Google packet someone get my packet suppose Justin Cooks but Case Manager Benton at prison musty like she lost my case at Walnut Grove Correctional Facility from Indigent Appeals office to my Public Defender office numbers in my packet; Look into Meredith remedies to try Look over dismiss of my case